EXHIBIT C

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                        AUSTIN DIVISION
KRISTOPHER KING,              )
    Plaintiff,                )
                              )
                              )
V.                            )   Case No. 1:16-CV-1331-SS
                              )
DANE O'NEILL, DARRELL LAMBERT,)
and OSCAR BARBOSA,            )
    Defendants.               )
```

*************************************************************

ORAL DEPOSITION OF

OSCAR BARBOSA

NOVEMBER 6, 2017

*************************************************************

ORAL DEPOSITION OF OSCAR BARBOSA, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on NOVEMBER 6, 2017, from 7:54 a.m. to 10:57 a.m., before LAURA L. LEE, CSR, in and for the State of Texas, reported by stenographic method, at the offices of LAW OFFICE OF KATIE ICENHAUER-RAMIREZ, PLLC, 1103 Nueces Street, Austin, Texas 78701, pursuant to the Texas Rules of Civil Procedure.

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4       MS. MILLIE L. THOMPSON
         LAW OFFICE OF MILLIE L. THOMPSON
 5       1411 West Avenue
         Austin, Texas 78701
 6       (512) 293-5800
         millieaustinlaw@gmail.com
 7
 8
 9    FOR THE DEFENDANTS:
10       MS. KATIE ICENHAUER-RAMIREZ
         MR. ROBERT ICENHAUER-RAMIREZ
11       LAW OFFICE OF KATIE ICENHAUER-RAMIREZ, PLLC
         1103 Nueces Street
12       Austin, Texas 78701
         (512) 477-7991
13       kicenhauer@gmail.com
14
15
16
17
18
19
20
21
22
23
24
25
```

23      Q.   All right. What is your understanding of
24   the organizational leadership for motorcycle -- what you
25   call Outlaw motorcycle gangs?

1    A.   You're asking me what I understand about
2 their leadership?
3    Q.   Yes, sir.
4    A.   They have a president, a vice president, a
5 treasurer, a sergeant at arms, a road captain, and then
6 members, prospects, hang-arounds, associates.
7    Q.   Let's go through each one.
8       So what is your understanding of what a
9 president will do in an Outlaw motorcycle gang?
10   A.   The president runs the club.
11   Q.   And what kind of activities does that
12 entail?
13   A.   I don't know.
14   Q.   What about vice president?
15   A.   I'm assuming he would assist the president
16 and would take over duties if he's not there.
17   Q.   What kind of duties would that entail?
18   A.   I'm not in a motorcycle club. I don't know.
19   Q.   You haven't had any training about what the
20 different ranks in motorcycle clubs do?
21   A.   Just from what I've read and researched.
22   Q.   And what is your understanding?
23   A.   What I just said.
24   Q.   So you don't know what the duties of either
25 a president or a vice president would be?

```
1        A.    Well, I said the president would be in
2   charge of the club, make decisions for the club.
3              Vice president would assist him, and if
4   he's not around, would take president duties for the club.
5        Q.    What about the treasurer?
6        A.    A treasurer would handle money I'm assuming.
7        Q.    What kind of money goes into a motorcycle
8   club?
9        A.    Monthly dues.
10       Q.    And what is your understanding of monthly
11  dues?
12       A.    They have to pay monthly dues to be in the
13  club.
14       Q.    Do you know how much?
15       A.    I do not.
16       Q.    Do you know any members of law enforcement
17  motorcycle clubs?
18       A.    Yes.
19       Q.    Have you ever asked them how much they pay
20  in dues?
21       A.    I have not.
22       Q.    Have you ever asked them about their
23  organizational structure?
24       A.    No.
25       Q.    Do you know if the law enforcement
```

1 motorcycle clubs are constructed similarly in terms of
2 president, vice president, treasurer?
3     A. I don't know.
4     Q. So you've been on the Gang Unit since
5 January of 2016. Right?
6     A. Yes.
7     Q. You've never been curious about whether the
8 law enforcement motorcycle clubs are similar to the ones
9 that you investigate?
10     A. No.
11     Q. So what does the sergeant of arms do?
12     A. They are the enforcer for the club.
13     Q. What does that mean?
14     A. When I think of enforcer, I believe -- or I
15 think of someone who enforces club rules. If someone or
16 something happens that's not within the club rules, they
17 do what is necessary to correct it.
18     Q. And do you understand that to be a violent
19 position or do you think it is?
20     A. From what I read, it seems like it is.